

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | No. 08-19-00159-CR |
| IN RE:  JAMES RANDALL DOWNS, | § | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## **J U D G M E N T**

The court has considered this cause on the Relator's petition for writ of mandamus and the same being considered, it is the opinion of this Court that Relator's petition should be dismissed for lack of jurisdiction.  We therefore dismiss the petition in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 14TH DAY OF AUGUST, 2019.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.